**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ANTONIO SOTO and LAURA SOTO, individuals, | |
| Plaintiffs, | 2:14-cv-01563-GMN-VCF |
| vs. | **MINUTE ORDER** |
| ONEWEST BANK, FSB, a Corporation, | |
| Defendant. | |

Before the court is the Motion to Compel and for Sanctions (#21). On March 10, 2015, the court set the instant motion for a hearing on March 25, 2015 and ordered that the hearing will be vacated if Plaintiffs comply with Fed. R. Civ. P 26 and Local Rule 26-1. (#24). Based on the Notice of Noncompliance with FRCP 26.1 Disclosures and Request to Maintain Hearing Date (#25), the hearing scheduled for 3:00 p.m., March 25, 2015 will proceed as scheduled.

DATED this 23rd day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE