**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

ANTONIO SOTO and LAURA SOTO, individuals,

        Plaintiffs,

vs.

ONEWEST BANK, FSB, a Corporation,

        Defendant.

2:14-cv-01563-GMN-VCF

**MINUTE ORDER**

    Before the court is the Request for Continuance of Hearing Regarding Motion to Compel and for Sanctions (#27).

    Plaintiff's counsel seeks to reschedule the hearing scheduled for March 25, 2015 due to a conflict on his calendar. Counsel has given sufficient reason to reschedule the hearing.

    Accordingly and for good cause shown,

    IT IS HEREBY ORDERED that the Request for Continuance of Hearing Regarding Motion to Compel and for Sanctions (#27) is GRANTED. The hearing on the Motion to Compel and for Sanctions scheduled for 3:00 p.m., March 25, 2015 is VACATED and rescheduled to 9:00 a.m., March 30, 2015, in courtroom 3D.

    DATED this 25th day of March, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE